# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **JULIO CESAR RODRIGUEZ,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:19-cv-00654-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **ERIK A. HOOKS, Secretary of Department of Public Safety,** | ) ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 14, 2020 Memorandum of Decision and Order.

December 14, 2020

Frank G. Johns, Clerk
United States District Court